IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §          CASE NO:  3:11-CR-354-L
                                  §
OKEY F. NWAGBARA                  §

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
<u>CONCERNING PLEA OF GUILTY</u>**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of Defendant, and the Report and Recommendation Concerning Plea of Guilty

of the United States Magistrate Judge ("Report"), and no objections thereto having been filed within

ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge

determines that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted.

Based upon the Report of the Magistrate Judge, the court finds that Defendant is fully competent and

capable of entering an informed plea, that he is aware of the nature of the charge and the

consequences of the plea, and that his plea of guilty is a knowing and voluntary plea, supported by

an independent basis in fact, containing each of the essential elements of the offense.  Accordingly,

the court **accepts** the plea of guilty entered by Defendant Okey F. Nwagbara on January 24, 2012, and

he is hereby adjudged **guilty** of the offense charged in Counts One and Four of the Indictment, which

are violations of 18 U.S.C. § 1546, namely, False Statement in Immigration Document; and 18 U.S.C.

§ 1425, namely, Unlawful Procurement of Naturalization.  Sentence will be imposed in accordance

with the court's scheduling order.

Order Accepting Report – Page 1

**It is so ordered** this 8th day of February, 2012.

Sam A. Lindsay
United States District Judge